## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew Charles Barr                                         CHAPTER 13
       Michele Jane Barr
           Debtor(s)                                         BKY. NO. 25-70352 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RELIANCE SAVINGS BANK T/A RELIANCE BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
10 Sep 2025, 09:38:46, EDT

Denise Carlon, Esq. (317226) ☐
Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com