

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2570352

DEBTOR(S):

MATTHEW CHARLES BARR

MICHELE JANE BARR

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $7,553.65

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/1/2025