**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MATTHEW C. BARR & MICHELE J. BARR, Debtors | ) ) ) | Case No. 24-70352 Chapter 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of the Debtors, <u>MATTHEW C. BARR and MICHELE J. BARR</u>. Pursuant to Rule 2002 of theFederal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors or other parties in interest, be sent to and served upon the undersigned counsel and the following address be added to the Court's Master Mailing List.

SLOAN LAW OFFICE, P.C.

<u>/s/ Timothy J. Sloan</u>
By; Timothy J. Sloan, Esquire.
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771
PA ID# 49728
Email: sloanlawpc@gmail.com