**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MATTHEW C. BARR & MICHELE J. BARR,  Debtors | ) ) | Case No. 24-70352 Chapter 13 Related Doc. No. 23 |

_____

| | | |
|---|---|---|
| RELIANCE SAVINGS BANK, T/A/ RELIANCE BANK, its successors and/or assigns, Movant, | ) ) | |
| vs. | ) | |
| Matthew Charles Barr and Michele Jane Barr, Respondents, | ) | |

**RESPONSE TO MOTION FOR RELIEF OF AUTOMATIC STAY**

NOW COMES the Respondents, Matthew C. Barr and Michele J. Barr, by and through their attorneys, Timothy J. Sloan and Sloan Law Office, P.C., and do file the within Response to Motion for Relief from Stay as follows:

1. The Respondents commenced this case by filing a Pro Se voluntary Petition for relief under Chapter 13 of the Bankruptcy Code on or about August 25, 2025.

2. Respondents filed a Chapter 13 Plan on or about on September 8, 2025.

3. Movant filed the instant Motion for Relief from Stay on or about September 23, 2025.

4. Respondents, acting Pro Se, were not aware of what action was necessary to respond to the Motion for Relief from Stay, and sought the advice of counsel on or about October 15, 2025.

5. It is recognized that the Debtors have been involved in several prior Bankruptcy filings and have been unable to complete the cases due to failure to pay the Plan payments.

6. Respondents assert that they are now in a position with their business to make the required Plan payments and made the first payment on October 15, 2025.

7. Respondents believe and aver that there is substantial equity in the subject real estate so that the Movant has adequate protection of its claim.

8. Respondents request that this Court dismiss the Motion for Relief from Stay or, in the alternative, enter a modified relief from stay order providing that Movant shall be granted Relief from the Automatic Stay as to the Respondents' real property upon the failure of the Debtors to make any Plan payments moving forward.

WHEREFORE, the Respondents do pray this Honorable Court to dismiss the Movant's Motion for Relief from Stay, or, in the alternative, to enter an Order Modifying the Automatic Stay and providing that the stay will been deemed lifted upon the failure of the Debtors to make any Chapter 13 Plan payment moving forward.

Respectfully submitted,

SLOAN LAW OFFICE, P.C.

/s/ Timothy J. Sloan
By: Timothy J. Sloan, Esquire
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
PA ID# 49728
(814) 471-6771
Email: sloanlawpc@gmail.com