**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MATTHEW C. BARR & MICHELE J. BARR, Debtors | ) ) | Case No. 24-70352 Chapter 13 |

_____

| | | |
|---|---|---|
| RELIANCE SAVINGS BANK, T/A/ RELIANCE BANK, its successors and/or assigns, Movant, | ) ) | |
| vs. | ) | |
| Matthew Charles Barr and Michele Jane Barr, Respondents, | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 16, 2025, I electronically filed a Response to Motion for Relief from stay with the Clerk of Court by using the CM/ECF system and a true and correct copy of same has been served via CM/ECF or United States Mail to the following:

DENISE CARLON
KML LAW GROUP, P.C.
701 MARKET STREET, SUITE 5000
PHILADELPHI, PA 19106


RHONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA15219

PFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA  15222


       BY: /s/ Timothy J.  Sloan