UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **Matthew Charles Barr** ) | Case No. 25-70352-JAD |
| **and Michele Jane Barr,** ) | |
| ) | Chapter 13 |
| **Debtors.** ) | |
| ) | Related to ECF 23 |
| ) | |
| **Reliance Savings Bank t/a** ) | |
| **Reliance Bank,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| -v- ) | |
| ) | |
| **Matthew Charles Bar** ) | |
| **Michele Jane Barr, and** ) | |
| **Chapter 13 Trustee,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM ORDER

The matter before the Court is the Motion for Relief from the Automatic Stay (the "Motion") filed by Reliance Savings Bank t/a Reliance Bank ("Reliance") at ECF No. 23. Reliance requests, among other things, a determination that no stay is presently in effect pursuant to 11 U.S.C. § 362(c)(4), and further seeks in rem relief under 11 U.S.C. § 362(d)(4).

**I. Background**

The record reflects that the Debtors have filed multiple Chapter 13 cases within the last three years. Pursuant to Federal Rule of Evidence 201, the Court takes judicial notice of the Debtors bankruptcy filing history, which indicates as follows:

| Case No. | Filing Date | Dismissal Date | Key Facts | Outcome |
|---|---|---|---|---|
| 22-70188 | June 3, 2022 | July 25, 2023 | Plan confirmed; arrears $53,135; payments incomplete. | Dismissed for nonpayment. |
| 24-70043 | Feb. 9, 2024 | Aug. 8, 2024 | Interim plan confirmed; one payment; case twice dismissed. | Dismissed without prejudice. |
| 25-70188 | May 13, 2025 | July 31, 2025 | Filed without schedules or plan; no trustee payments. | Dismissed for failure to file documents. |
| 25-70352 | Aug. 25, 2025 | Pending | Filed within one month of prior dismissal; no motion to extend stay. | Current case. |

The most recent prior case, No. 25-70188-JAD, was dismissed on July 31, 2025. The present case was filed on August 25, 2025, less than one month later. The Debtors did not timely file a motion to extend the

automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), and no order continuing or imposing the stay has been entered.

## II. Discussion

### A. Comfort Order Confirming No Stay in Effect

Under 11 U.S.C. § 362(c)(4)(A)(i), where two or more bankruptcy cases of the debtor were pending within the previous year and were dismissed, the automatic stay does not go into effect upon the filing of a subsequent case. Section 362(c)(4)(A)(iii) authorizes the Court, on request of a party in interest, to enter an order confirming that no stay is in effect.

Because the Debtors have had multiple cases dismissed within the preceding year, and no motion to impose or extend the stay has been filed, the Court concludes that no automatic stay is presently in effect as to Reliance. Reliance is therefore entitled to a comfort order under § 362(c)(4)(A)(iii).

### B. In Rem Relief Under § 362(d)(4)

Reliance also seeks in rem relief as to the real property located at 724 Skyline Drive, Dysart, Pennsylvania, asserting a pattern of repeat filings to delay foreclosure. Section 362(d)(4) permits the Court to grant such relief if the filing of the petition was part of a scheme to delay, hinder, or defraud creditors that involves either (A) a transfer of an

interest in the property without creditor consent or (B) multiple bankruptcy filings affecting such property.

The movant bears the burden of proof under 11 U.S.C. § 362(g)(1) to establish a factual record demonstrating the existence of such a scheme by a preponderance of the evidence. The present Motion relies on docket materials from prior cases but does not include admissible evidence sufficient to establish all the elements required under § 362(d)(4). Accordingly, the Court will defer consideration of the request for in rem relief and schedule a status conference to determine whether further proceedings or evidentiary hearings are warranted. If, by the date of the status conference, the property has been sold at sheriff's sale or otherwise foreclosed, the request for in rem relief may be moot, and Reliance shall so inform the Court.

### III. ORDER

AND NOW, this 21st day of October, 2025, for the reasons set forth above, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Pursuant to 11 U.S.C. § 362(c)(4)(A)(iii), the Court hereby confirms that no automatic stay is presently in effect in this case as to any creditor, including Reliance Savings Bank t/a Reliance Bank.

2. Reliance's request for in rem relief under 11 U.S.C. § 362(d)(4) is DEFERRED pending further proceedings.

3. A Status Conference on the request for in rem relief shall be held on December 3, 2025, at 10:00 a.m., before the Honorable Jeffery A. Deller, United States Bankruptcy Judge, in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, and via Zoom in accordance with the Court's general procedures.

4. If, prior to the scheduled conference, the property at issue has been sold at sheriff's sale or otherwise disposed of such that the in rem request has become moot, Reliance shall promptly file a notice advising the Court of such development.

5. Nothing in this Memorandum Order shall prejudice any party's right to seek or oppose further relief under § 362(d)(4) upon a proper evidentiary record.

BY THE COURT:

10/21/2025

sjk

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/21/25 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-70352-JAD

Matthew Charles Barr    Chapter 13

Michele Jane Barr

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 2
Date Rcvd: Oct 21, 2025    Form ID: pdf900    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| cr | + | RELIANCE SAVINGS BANK T/A RELIANCE BANK, 1921 Pleasant Valley Blvd., Altoona, PA 16602-4525 |
| 16577430 | + | Reliance Sav Bk T/A Reliance Bank, 1921 Pleasant Valley Blvd, Altoona, PA 16602-4525 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Oct 21, 2025 Form ID: pdf900 Total Noticed: 3

Timothy J. Sloan
    on behalf of Joint Debtor Michele Jane Barr sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com

Timothy J. Sloan
    on behalf of Debtor Matthew Charles Barr sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com

TOTAL: 6