Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−70352−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew Charles Barr | Michele Jane Barr |
| 724 Skyline Drive | 724 Skyline Drive |
| Dysart, PA 16636 | Dysart, PA 16636 |

Social Security No.:
   xxx−xx−7720                                             xxx−xx−0271

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Timothy J. Sloan | Ronda J. Winnecour |
| 171 Lovell Avenue | Suite 3250, USX Tower |
| Suite 202 | 600 Grant Street |
| Ebensburg, PA 15931−4348 | Pittsburgh, PA 15219 |
| Telephone number: 814−471−6771 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 8, 2025 | December 8, 2025 |
| 02:00 PM | 02:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/22/25                                                             BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-70352-JAD |
| Matthew Charles Barr | Chapter 13 |
| Michele Jane Barr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: rsc13 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| cr | + | RELIANCE SAVINGS BANK T/A RELIANCE BANK, 1921 Pleasant Valley Blvd., Altoona, PA 16602-4525 |
| 16577433 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 16577430 | + | Reliance Sav Bk T/A Reliance Bank, 1921 Pleasant Valley Blvd, Altoona, PA 16602-4525 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2025 00:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16573126 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 00:48:59 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16595940 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 00:38:32 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16575874 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 01:00:52 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16582511 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2025 00:31:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16573128 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 00:49:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16577432 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2025 00:31:00 | PA Department of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16596643 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 23 2025 00:30:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 16577431 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 23 2025 00:30:00 | Penelec, 101 Crawfords Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 16573127 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 00:37:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: rsc13 | Total Noticed: 15 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Timothy J. Sloan | on behalf of Joint Debtor Michele Jane Barr sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com |
| Timothy J. Sloan | on behalf of Debtor Matthew Charles Barr sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com |

TOTAL: 6