UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matthew Charles Barr and Michele Jane Barr,    :    CASE NO.: 25-70352-JAD
:
Debtors,    :
:
Matthew Charles Barr and Michele Jane Barr,    :    Chapter 13
:
Movants,    :
:
vs.    :
:
Rhonda J. Winnecour, Chapter 13 Trustee    :
:
Respondent.    :

**MOTION TO DISMISS CASE PURSUANT TO 11 USC§ 1307(b)**

AND NOW comes the Debtors, by and through their attorneys, Sloan Law Office, P.C. and Timothy J. Sloan, Esquire, and do file this Motion to dismiss this case pursuant to 11 USC §1307(b), upon a cause whereof the following is a statement:

1. The Debtor commenced this case by filing a Voluntary Petition for relief under Chapter 13 on or about August 25, 2025.

2. The Debtors desire to voluntarily dismiss this case.

3. The Chapter 13 Trustee does not oppose this Motion or the relief sought.

WHEREFORE, the Debtor does pray this Honorable Court to enter an Order, pursuant to 11 U.S.C. §1307(b), dismissing this case.

Respectfully submitted,

/s/ Timothy J. Sloan
Sloan Law Office, P.C.
Attorney for Debtors
PA ID# 49728
171 Lovell Avenue
Suite 202
Ebensburg, PA 15931
(814) 471-6771