UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Matthew Charles Barr and Michele Jane Barr | : | CASE NO.: 25-70352-JAD |
| | : | |
| Debtors, | : | |
| | : | |
| Matthew Charles Barr and Michele Jane Barr, | : | Chapter 13 |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Rhonda J. Winnecour, Chapter 13 Trustee' | | |
| | | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Dismiss Case was served via electronic means upon the Chapter 13 Trustee and the U.S. Trustee.

Dated: 10/30/2025

/s/ Timothy J. Sloan
SLOAN LAW OFFICE, P.C.
Timothy J. Sloan, Esquire
Attorney for Debtors
PA I.D. #49728
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771