IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Matthew Charles Barr and Michele Jane Barr | : | CASE NO.: 25-70352-JAD |
| Debtors, | : | |
| | | |
| Matthew Charles Barr and Michele Jane Barr, | : | Chapter 13 |
| | | |
| Movants, | : | |
| vs. | : | |
| | | |
| Rhonda J. Winnecour, Chapter 13 Trustee | | |
| | | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF MATTHEW CHARLES BARR and MICHELE JANE BARR TO DISMISS CASE**

**TO THE RESPONDENT**:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **NOVEMBER 17, 2025** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at [www.pawb.uscourts.gov](www.pawb.uscourts.gov) to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on **DECEMBER 2, 2025 at 10:00a.m**. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conferencing Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at the date and time stated above.

Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's *General Procedures,* which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Jude Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of mailing or service: October 31, 2025

/s/Timothy J. Sloan
Attorney for Movant/Applicant
Sloan Law Office, P.C.
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771