### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MATTHEW CHARLES BARR and | : | Bankruptcy No. 25-70352-JAD |
| MICHELE JANE BARR, | : | |
| | : | |
| Debtors | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Lauren A. Michaels, Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: November 4, 2025

Respectfully submitted

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF
PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Tel: (412) 235-9072
E-mail: lmichaels@attorneygeneral.gov

BY: /s/ Lauren A. Michaels

LAUREN A. MICHAELS
Deputy Attorney General

PA I.D. No. 320686

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section