IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MATTHEW C. BARR & MICHELE J. BARR, Debtors | ) ) ) | Case No. 24-70352<br>Chapter 13<br>Related Doc. No. 43 |
| _____ | | |
| MATHEW C. BARR & MICHELE J. BARR<br>        Movants, | ) ) | |
| vs. | ) | |
| RHONDA WINNECOUR, Chapter 13 Trustee<br>        Respondent, | ) | |

# CERTIFICATION OF NO OBJECTION REGARDING
# MOTION TO DISMISS CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion to Dismiss Case, filed on October 30, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss case appears thereon. Pursuant to the Notice of Hearing, objections/responses to said Motion were to be filed and served no later than November 17, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case, be entered by the Court.

Executed on: November 24, 2025

                        SLOAN LAW OFFICE, P.C.

                        _/S/ Timothy J. Sloan_____
                        By: Timothy J. Sloan, Esquire
                        Counsel for the Debtor
                        171 Lovell Avenue, Suite 202
                        Ebensburg, PA 15931
                        (814) 471-6771
                        PA ID# 49728