**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Matthew Charles Barr and Michele Jane Barr | : | CASE NO.: 25-70352-JAD |
| Debtors, | : | |
| Matthew Charles Barr and Michele Jane Barr, | : | Chapter 13 |
| Movants, | : | |
| vs. | : | Related to Doc. #43 |
| Rhonda J. Winnecour, Chapter 13 Trustee' | : | |
| Respondent. | : | |

ORDER DISMISSING CASE

AND NOW, this 26th day of November, 2025, upon consideration of the Debtor's Motion to Dismiss case pursuant to 11 U.S.C. §1307(b), it is hereby **ORDERED, ADJUDGED and DECREED** as follows;

1. The above-captioned case is **DISMISSED**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. §349. Creditors are directed to 11 U.S.C. §108(c) for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

2. The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and account. Upon submission of the UST Form 13-FR-S:Chapter 13 Standing Trustee's Final Reprt and Account, the Trustee is discharged from her duties and this case will be closed without further order of Court.

3. The clerk shall give notice to all creditors of this dismissal.

BY THE COURT:

United States Bankruptcy Judge
Jeffery A. Deller

FILED
11/26/25 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-70352-JAD

Matthew Charles Barr  Chapter 13

Michele Jane Barr

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 2
Date Rcvd: Nov 26, 2025  Form ID: pdf900  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222 UNITED STATES 15222-4227 |
| cr | + | RELIANCE SAVINGS BANK T/A RELIANCE BANK, 1921 Pleasant Valley Blvd., Altoona, PA 16602-4525 |
| 16577433 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 16577430 | + | Reliance Sav Bk T/A Reliance Bank, 1921 Pleasant Valley Blvd, Altoona, PA 16602-4525 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16573126 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:54 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16595940 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16575874 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2025 00:54:09 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16582511 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2025 00:40:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16573128 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16577432 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2025 00:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16596643 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 27 2025 00:40:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 16577431 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 27 2025 00:40:00 | Penelec, 101 Crawfords Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 16573127 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:51 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| 16599989 | ## | Reliance Bank, P.O. Box 1968, 1119 12 Street, Altoona, PA 16603-1968 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK dcarlon@kmllawgroup.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Matthew Fissel | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Timothy J. Sloan | on behalf of Joint Debtor Michele Jane Barr sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com |
| Timothy J. Sloan | on behalf of Debtor Matthew Charles Barr sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com |

TOTAL: 7