**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MATTHEW CHARLES BARR<br>MICHELE JANE BARR<br>     Debtor(s) | Case No.:25-70352 JAD |
| Ronda J. Winnecour<br>     Movant<br>     vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/25/2025 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,100.00 |
| Less Refunds to Debtor | 4,943.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 156.50 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 0.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RELIANCE SAVINGS BANK T/A RELIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0251 | | | | |
|   RELIANCE SAVINGS BANK T/A RELIANCE | 118,834.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 0251 | | | | |
|   PA DEPARTMENT OF REVENUE* | 94,617.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 7720 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   TIMOTHY J SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW CHARLES BARR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW CHARLES BARR | 4,943.50 | 4,943.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7720 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 156.50 | 156.50 | 0.00 | 156.50 |
|     Acct: XXXXXXXX-JAD | | | | |

| 25-70352 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 156.50 |

Unsecured
| | | | | |
|---|---|---|---|---|
| PENELEC/FIRST ENERGY** | 23,257.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0447 | | | | |
| AFFIRM INC | 608.83 | 0.00 | 0.00 | 0.00 |
| Acct: L4C4 | | | | |
| RESURGENT RECEIVABLES LLC | 579.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8804 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4958 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 306.72 | 0.00 | 0.00 | 0.00 |
| Acct: 3302 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 692.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1159 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 442.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7553 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6325 | | | | |
| LVNV FUNDING LLC | 561.13 | 0.00 | 0.00 | 0.00 |
| Acct: 9797 | | | | |
| CACH LLC | 23,379.72 | 0.00 | 0.00 | 0.00 |
| Acct: 4306 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                          156.50

TOTAL CLAIMED
PRIORITY            156.50
SECURED         213,451.93
UNSECURED        49,828.02

Date: 01/15/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com